SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
FRED R. PUGLISI, Cal. Bar No. 121822
JAY T. RAMSEY, Cal. Bar No. 273160
VALERIE E. ALTER, Cal. Bar No. 239905
ALEXANDRA M. JACKSON, Cal. Bar. No. 327689
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
E mail    fpuglisi@sheppardmullin.com
          jramsey@sheppardmullin.com
          valter@sheppardmullin.com
          ajackson@sheppardmullin.com

*Attorneys for Defendant*
LENDINGCLUB CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUKA ERCEG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION,<br><br>Defendants. | Case No. 4:20-cv-01153-HSG<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 – 4th Floor |

1   Pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. Local Rule 6, Plaintiff Luka Erceg ("Plaintiff") and Defendant LendingClub Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 13, 2020, Plaintiff filed the Complaint in the above-captioned action;

WHEREAS, Defendant's deadline to respond to the Complaint was originally Wednesday, March 11, 2020;

WHEREAS, the parties met and conferred, and agreed that extending Defendant's time to respond to the Complaint by 30 days to Friday, April 10, 2020 was appropriate to allow Defendant time to investigate the allegations in the Complaint and formulate a response and for the parties to discuss potential resolution;

WHEREAS, all levels of government in the United States have now ordered citizens to engage in "social distancing" due to the current pandemic facing our country and, as a result of those orders and several "shelter in place" or "stay at home" orders, counsel for Defendant and in-house counsel at Defendant, have been working from home;

WHEREAS, as a result of the foregoing issues related to the COVID-19 emergency, Defendants have been unable to complete their investigations so that they can properly respond to the complaint;

WHEREAS, the parties have again met and conferred and agreed that, in the interest of protecting the court, themselves, their attorneys, their clients, and the community, they will extend the current deadline to respond to the Complaint by another 14 days to allow Defendant time to investigate the allegations in the Complaint and formulate a response and for the parties to discuss potential resolution;

WHEREAS, pursuant to Local Rule 6, the foregoing extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that Defendant's deadline to respond to the Complaint be extended to Friday, April 24, 2020.

**IT IS SO STIPULATED.**

Dated: April 1, 2020     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Fred R. Puglisi*
FRED R. PUGLISI
JAY T. RAMSEY
VALERIE E. ALTER
ALEXANDRA M. JACKSON

*Attorneys for Defendant*
LENDINGCLUB CORPORATION

Dated: April 1, 2020     LEXANALYTICA, PC

By    */s/ Perry Narancic*
PERRY NARANCIC

*Attorney for Plaintiff*
LUKA ERCEG

## **ATTESTATION OF E-FILED SIGNATURE**

I, Alexandra M. Jackson, am the ECF User whose ID and password are being used to file the foregoing document in compliance with Civil L.R. 5-1(i)(3). I attest that the above signatories listed, and on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing of this stipulation.

Dated: April 1, 2020

By    */s/ Alexandra M. Jackson*
ALEXANDRA M. JACKSON

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **The parties having so stipulated and good cause appearing,** |
| 3 | **IT IS HEREBY ORDERED** that Defendant's deadline to respond to the |
| 4 | Complaint is extended to April 24, 2020. |
| 5 | **IT IS SO ORDERED.** |

DATED: 4/7/2020

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge